

NUMBER 13-15-00562-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ABBASID, INC. D/B/A AZHAR'S ORIENTAL RUGS,
PHOENICIAN IMPORTS, INC., AND AZHAR SAID,
INDIVIDUALLY AND D/B/A ABBASID, INC.
AND PHOENICIAN IMPORTS, INC.,                               Appellants,

v.

DALE & KLEIN, LLP,                                          Appellee.

## On appeal from the 370th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Contreras and Benavides
Memorandum Opinion by Chief Justice Valdez**

Defendants and counter-plaintiffs Abbasid, Inc. d/b/a Azhar's Oriental Rugs,

Phoenician Imports, Inc., and Azhar Said, individually and d/b/a Abbasid, Inc. and

Phoenician Imports, Inc., and plaintiff and counter-defendant Dale & Klein LLP have each

appealed a final judgment rendered on September 11, 2015. This Court previously abated the appeal to allow the parties to effectuate their settlement agreement. The parties have now filed an agreed, joint motion for disposition pursuant to settlement agreement. The parties assert that this case is now ripe for disposition pursuant to the agreement, and ask us to render judgment effectuating their settlement. *See* TEX. R. APP. P. 42.1(a)(2)(A). T

The Court, having considered the documents on file and the joint motion for disposition pursuant to settlement agreement, is of the opinion that the motion should be granted. *See id.* Accordingly, we REINSTATE this appeal. We GRANT the joint motion for disposition pursuant to settlement agreement. In accordance with the settlement agreement, we set aside and REVERSE the final judgment and RENDER judgment dismissing the parties' claims against each other with prejudice. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith. We dismiss any other pending motions as moot.

ROGELIO VALDEZ
Chief Justice

Delivered and filed the
11th day of January, 2018.

2